UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re:                                                          Bankr. Case No. 24-11339-JDW

Mark Noble Pugh, Jr.                                                                    Chapter 13
        Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> AmeriCredit Financial Services, Inc. dba GM Financial
> PO Box 183853
> Arlington, TX  76096

By  /s/  Mandy Youngblood

 Mandy Youngblood
 PO Box 183853
 Arlington, TX  76096
 877-203-5538
 877-259-6417
 Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

In re:                                                          Bankr. Case No. 24-11339-JDW

Mark Noble Pugh, Jr.                                            Chapter 13
        Debtor(s)


**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 28, 2024 :


Robert Hudson Lomenick, Jr.                     Harold J. Barkley Jr.
P.O. Box 417                                    P.O. Box 4476
Holly Springs, MS 38635                         Jackson, MS 39296


                                        By_/s/  Mandy Youngblood_____
                                            Mandy Youngblood

xxxxx87432 / 1092514